UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

*Eastern District of Kentucky*
**FILED**
SEP 06 2018
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

CRIMINAL ACTION NO. 5:18-CR-111-JMH

UNITED STATES OF AMERICA      PLAINTIFF

V.    NOTICE BY UNITED STATES
REGARDING RELATED PROSECUTION

CHRISTOPHER G. HICKERSON      DEFENDANT

\* \* \* \* \*

This criminal action is related to *United States v. Debra Muse*, Lexington Criminal Action No. 17-117, which is assigned to Judge Joseph M. Hood.

Respectfully submitted,

ROBERT M. DUNCAN, JR.
UNITED STATES ATTORNEY

By: /s/ [signature]
Assistant United States Attorney
260 W. Vine Street, Suite 300
Lexington, Kentucky 40507-1612
(859) 685-4885
FAX (859) 233-2747
Kathryn.Anderson@usdoj.gov